IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC J. SMITH, | : |
|     Petitioner, | : |
| | :    1:15-cv-1546 |
| v. | : |
| | :    Hon. John E. Jones III |
| KENNETH CAMERON, PA | : |
| ATTORNEY GENERAL, | : |
| | : |
|     Respondents. | : |

## ORDER

**May 16, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

                                                 s/ John E. Jones III
                                                 John E. Jones III
                                                 United States District Judge